UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CATHERINE GOULD, individually, and on behalf of all others similarly situated,

    Plaintiff(s),

vs.

FARMERS INSURANCE EXCHANGE,
FARMERS INSURANCE COMPANY, INC.,
FIRE INSURANCE EXCHANGE,

    Defendant(s).

Case No. 4:17-CV-02305-RWS

**DESIGNATION OF NEUTRAL BY PARTIES**
**AND**
**ADR CONFERENCE REPORT**

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated <u>Februrary 1, 2019</u> the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral:     The Honorable James F. Holderman

Firm Name and Address:     JAMS
71 S. Wacker Drive, Suite 2400
Chicago, Illinois 60606

Telephone & FAX Number:     (P) 312-655-9192; (F) 312-655-0644

**The attorneys of record in this case are:**

Name of Lead Counsel:     David T. Butsch and Christopher E. Roberts

Firm Name and Address:     Butsch Roberts & Asssociates LLC
231 S. Bemiston, Suite 260
Clayton, Missouri 63105

Telephone & FAX Number:     (P) 314-863-5700; (F) 314-863-5711

Name of Other Counsel:     Randall Hack & Brian Hays

Firm Name and Address:   Locke Lord LLP
111 S. Wacker Drive
Chicago, Illinois 60606

Telephone & FAX Number:   (P) 312-443-0676

**The completion deadline for this ADR referral is** April 11, 2019

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:   April 11                                                                2019

Time of Conference:   9:30 A.M.                                                               a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location:   JAMS
71 S. Wacker Drive, Suite 2400
Chicago, Illinois 60606

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

3/2/2019
Date

/s/ Christopher E. Roberts #61895

Signature of Plaintiff(s)

/s/ Brian Hays

Signature of Defendant(s)